QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
TOMAS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS RODRIGUEZ,<br><br>              Petitioner,<br><br>      v.<br><br>R. Q. HICKMAN, Warden,<br><br>              Respondent. | No. CIV S-00-02175 FCD JFM<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL AND REQUEST TO CONTINUE STATUS CONFERENCE AND ORDER** |

Petitioner TOMAS RODRIGUEZ hereby moves this Court for an order substituting Janice M. Lagerlof, 3929 24th Street, San Francisco, California 94114, telephone, (415) 282-8849, as counsel for the petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of petitioner. Ms. Lagerlof has agreed to represent petitioner. She is an experienced criminal defense attorney, with experience in federal habeas corpus cases. A copy of the court's file in this case will be forwarded to her.

Ms. Lagerlof is aware of the deadlines in this case and requests the court continue the status conference, currently set for August 25, 2005, to October 13, 2005 at 11:00 a.m., because of her filing deadlines in

other cases and a long-planned vacation.  Respondent's counsel, Deputy Attorney General, Jo Graves, was contacted and she graciously indicated that she had no objection to this request.  Ms. Lagerlof has authorized the undersigned to sign this substitution motion and request to continue on her behalf.

                              Respectfully submitted,

                              QUIN DENVIR
                              Federal Defender

Dated: August 10, 2005        /s/ David M. Porter
                              DAVID M. PORTER
                              Assistant Federal Defender
                              Attorneys for Petitioner
                              TOMAS RODRIGUEZ

Dated: August 10, 2005        /s/ Janice M. Lagerlof
                              JANICE M. LAGERLOF

    Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Petitioner's August 10, 2005 motion is granted.  Janice M. Lagerlof shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.  The status conference set for August 25, 2005 is CONTINUED to October 13, 2005, at 11:00 a.m. in Courtroom #26.  Fourteen days prior to the conference, the parties shall file and serve status reports as described in this Court's July 29, 2005 order.

Dated: August 18, 2005.

                              UNITED STATES MAGISTRATE JUDGE

/rodr2175.o