IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS RODRIGUEZ,

      Petitioner,         No. CIV S-00-2175 FCD JFM P

  vs.

R. Q. HICKMAN, et al.,

      Respondents.        ORDER

_____/

      A status conference came on regularly for hearing on October 13, 2005. Janice M. Lagerlof appeared for petitioner. Kelly E. LeBel appeared for respondents. Upon review of the status reports and upon hearing the arguments of counsel, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

      1. Within thirty days from the date of this order, both parties shall file simultaneous briefs addressing the applicability to this case, if any, of <u>Gibson v. Ortiz</u>, 387 F.3d 812 (9th Cir. 2004), and this court's findings and recommendations and order adopting same in <u>Johnson v. Knowles</u>, CIV S-01-0657 FCD JFM P. No extensions of time will be granted absent extraordinary good cause; and

/////

/////

1

2. The court will issue further scheduling orders after the parties' briefing is received.

DATED: October 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

8:rodr2175.oah